LESTER L. JONES and Others, Respondents, v. THE BOWERY SAVINGS BANK, Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.